IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WOODBURN S. WESLEY, JR.,**
and **SHARON WESLEY,**

      Plaintiffs,

v.                                    Case No. 3:03cv388/RV/MD

**UNITED STATES OF AMERICA,**

      **Defendant.**
_____/

## SUPPLEMENTAL ORDER

The defendant has filed its "Unopposed Motion to Alter and Amend Order and Judgment " (doc 49), and upon consideration the motion is GRANTED. This court's order of March 18, 2005, is hereby amended by inserting the following paragraph at the end of Section II (B) on page 10 of the order:

> The standard for excusing the late payment of taxes is the same as the standard for excusing the late filing of an income tax return. See 26 U.S.C. § 6651(a)(2) (penalties for late payment will be assessed "unless it is shown that such failure is due to reasonable cause and not due to willful neglect").  Thus, the penalties assessed against the Wesleys for failure to pay taxes stand or fall together with the penalties imposed for failing to file a return.  As indicated above, the Wesleys cannot show reasonable cause for failing to timely file a return for the years 1997 and 1998. The penalties assessed against the Wesleys for failure to pay taxes for those years are, therefore, proper.  Summary judgment shall be granted for those two years' penalties. However, since I cannot ascertain from the record whether Wesley's circumstances and medical difficulties may constitute reasonable cause for late payment of taxes for the year 1999, summary judgment on the late payment penalty for that year cannot be granted.

Section III at page 11 of the order of March 18, 2005, is vacated and the following added in its stead:

### III.    Conclusion.

For the above reasons, the defendant's motion for summary judgment (doc. 32) is GRANTED as to the penalties arising under Section 6654(a), and as to the penalties for late filing and late payment arising under Section 6651(a) for the years 1997 and 1998.  The defendant's motion for summary judgment is DENIED with respect to Section 6651(a) penalties for the year 1999.  The Clerk is directed to enter judgment in favor of the United States and against the plaintiffs with respect to the plaintiffs' claims for recovery of their 1997 and 1998 failure to file penalties, plus interest thereon in accordance with law.

DONE AND ORDERED this 26th day of April, 2005.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**