UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WOODBURN S. WESLEY, JR., and
SHARON WESLEY

     VS                                        CASE NO.  3:03cv388/RV/MD

UNITED STATES OF AMERICA

**JUDGMENT**

This action came before the Court with the Honorable Roger Vinson presiding. The issues have been heard and a decision has been rendered.

Judgment is entered in favor of the Defendant, UNITED STATES OF AMERICA, and against the Plaintiffs with respect to the plaintiffs' claims for recovery of their 1997 and 1998 failure to file penalties, plus interest thereon in accordance with law.

                                        WILLIAM M. McCOOL, CLERK OF COURT

 April 26, 2005                     /s/ Teresa Cole
DATE                                   Deputy Clerk: Teresa Cole

Entered On Docket: _____  By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.